# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

KEVIN GARY,

        Plaintiff,                  CASE NUMBER: 06-CV-10863

v.                                     HON. ROBERT H. CLELAND

CITY OF DETROIT AND DETROIT
POLICE DEPARTMENT.

        Defendants.
_____/

## ORDER OF DISMISSAL FOR LACK OF PROGRESS

Upon review of the pleadings as filed in this matter, and notice to counsel and/or plaintiff,

**IT IS HEREBY ORDERED** that the above-entitled matter be **DISMISSED** for lack of progress as provided in Local Court Rule 41.2 for the Eastern District of Michigan and F.R. Civ. P.23(e).


                                        s/Robert H. Cleland
                                        ROBERT H. CLELAND
                                        UNITED STATES DISTRICT JUDGE

Dated:  July 18, 2006


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 18, 2006, by electronic and/or ordinary mail.

                                        s/Lisa Wagner
                                        Case Manager and Deputy Clerk
                                        (313) 234-5522